FILED IN OPEN COURT
ON 11-7-18 BRH
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-00184-1FL(3)
NO. 7:18-CR-00184-2FL(3)
NO. 7:18-CR-00184-3FL(3)
NO. 7:18-CR-00184-4FL(3)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| JAMES CARNELL BRINSON JR. | ) | |
| ANDREW ALEXANDER LAKE | ) | |
| ERICA SHORANDA SATCHELL | ) | |
| KARI BUTLER | ) | |

The Grand Jury charges that:

COUNT ONE

Beginning in or about January 2017, the exact date being unknown to the Grand Jury, and continuing up to and including the date of this indictment, in the Eastern District of North Carolina, and elsewhere, JAMES CARNELL BRINSON JR., ANDREW ALEXANDER LAKE, ERICA SHORANDA SATCHELL, AND KARI BUTLER, the defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons, known and unknown to the Grand Jury, to distribute and possess with the intent to distribute methamphetamine, a Schedule II controlled substances,

1

and heroin, a schedule I controlled substance in violation of Title 21, United States Code, Section 841(a)(1).

Quantity of Controlled Substances Involved in the Conspiracy

With respect to the defendant, JAMES CARNELL BRINSON, JR., the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is fifty (50) grams or more of methamphetamine, a Schedule II controlled substance, and a quantity of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A) and (C).

With respect to the defendant, ANDREW ALEXANDER LAKE, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of methamphetamine, a Schedule II controlled substance, and a quantity of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

With respect to the defendant, ERICA SHORANDA SATCHELL, the amount involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, is a quantity of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

With respect to the defendant, KARI BUTLER, the amount involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, is a five (5) grams or more of methamphetamine, a Schedule II controlled substance, and a quantity of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B) and (C).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about March 2, 2018, in the Eastern District of North Carolina, the defendant, JAMES CARNELL BRINSON, JR., did knowingly and intentionally distribute a quantity methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about March 5, 2018, in the Eastern District of North Carolina, the defendant, JAMES CARNELL BRINSON, JR., did knowingly and intentionally distribute a quantity methamphetamine, a Schedule II controlled substance, and a quantity of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about March 14, 2018, in the Eastern District of North Carolina, the defendants, JAMES CARNELL BRINSON, JR. and ERICA SHORANDA SATCHELL, aiding and abetting one another, did knowingly and intentionally distribute a quantity methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about March 23, 2018, in the Eastern District of North Carolina, the defendant, JAMES CARNELL BRINSON, JR., did knowingly and intentionally distribute a quantity methamphetamine, a Schedule II controlled substance, and a quantity of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

On or about June 26, 2018, in the Eastern District of North Carolina, the defendants, JAMES CARNELL BRINSON, JR., KARI BUTLER, and ANDREW ALEXANDER LAKE, aiding and abetting one another, did knowingly and intentionally distribute a quantity methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18 United States Code, Section 2.

## COUNT SEVEN

On or about June 26, 2018, in the Eastern District of North Carolina, the defendant, ANDREW ALEXANDER LAKE, did knowingly and intentionally possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Distribution of Methamphetamine in violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count Six of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT EIGHT

On or about June 26, 2018, in the Eastern District of North Carolina, the defendant, JAMES CAENELL BRINSON JR., did knowingly and intentionally possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Distribution of Methamphetamine in violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count Six of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT NINE

On or about July 3, 2018, in the Eastern District of North Carolina, the defendants, JAMES CARNELL BRINSON, JR., KARI BUTLER, and ANDREW ALEXANDER LAKE, aiding and abetting one another, did knowingly and intentionally possess with the intent to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18 United States Code, Section 2.

## COUNT TEN

On or about July 3, 2018, in the Eastern District of North Carolina, the defendant, JAMES CAENELL BRINSON JR., did knowingly and intentionally possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possessing with the intent to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of Methamphetamine in violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count Nine of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

FORFEITURE NOTICE

The defendants are given notice that pursuant to the provisions of Title 21, United States Code, Section 853, and Title 18, United States Code, Section 924(d), made applicable by Title 28, United States Code, Section 2461(c), all of their interest in all property specified herein is subject to forfeiture.

Upon conviction of the offenses charged in Counts One through Six and Nine of the Indictment, the defendants shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense(s).

Upon conviction of the offenses charged in Counts Seven, Eight and Ten of the Indictment, the defendants shall forfeit to the United States any and all firearms or ammunition involved in or used in a knowing commission of the said offense(s).

The forfeitable property includes, but is not limited to, the following:

1. The gross proceeds personally obtained by defendant BRINSON, in an amount of at least $12,000.00;

2. A Glock pistol, bearing serial number UMW632;

3. A Glock pistol, bearing serial number AANP100;

4. A Glock pistol, bearing serial number WDV234;

7

5. A Ruger pistol, bearing serial number 175-07786;

6. American Tactical shotgun, bearing serial number 051610001286;

7. Winchester Shotgun, bearing Serial number G468674;

8. Smith and Wesson Rifle, bearing Serial Number 80499;

9. DPMS Rifle, bearing Serial Number FFH165740; and

10. Any and all magazines and ammunition.

If any of the above-described forfeitable property, as a result of any act or omission the defendant,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL:

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

8

Case 7:18-cr-00184-FL Document 1 Filed 11/07/18 Page 8 of 9

DATE: 6 NOV 2018

ROBERT J. HIGDON, Jr.
United States Attorney

_____
BY: JOHN BRADFORD KNOTT
Assistant United States Attorney