

U. S. Department of Justice

**Robert J. Higdon, Jr.**
United States Attorney
Eastern District of North Carolina

Terry Sanford Federal Building
310 New Bern Avenue
Suite 800
Raleigh, North Carolina 27601-1461

Telephone (919) 856-4530
Criminal FAX (919) 856-4487
Civil FAX (919) 856-4821
www.usdoj.gov/usao/nce

DATE: November 6, 2018

TO: ✓Clerk's Office,
United States District Court
Eastern District of North Carolina
Raleigh, North Carolina

REPLY TO: ROBERT J. HIGDON, JR.,
United States Attorney

ATTN OF: J. BRADFORD KNOTT, *BK*
Assistant United States Attorney

SUBJECT: United States v. James Carnell Brinson, Jr.
United States v. Andrew Alexander Lake
United States v. Erica Shoranda Satchell
United States v. Kari Butler

No. 7:18-CR-00184-FL(3) Southern Division

Please issue arrest warrants for the above-named defendants and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office. The warrant should be returnable before the U.S. Magistrate Judge.

cc: US Marshal Service
US Probation Office