PS-8
8/88

# UNITED STATES DISTRICT COURT
# for the
# EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Kari Butler                                          Docket No. 7:18-CR-184-4FL

### Petition for Action on Conditions of Pretrial Release

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Kari Butler, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 26th day of November, 2018.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 11, 2019, the defendant submitted a urinalysis that was field tested and had a positive result for marijuana, amphetamines, and methamphetamines. The defendant admitted to using marijuana on a previous date but denied use of amphetamines and methamphetamines. On July 12, 2019, the defendant submitted a urine sample that was sent to the lab for additional testing. The defendant signed a waiver agreeing to add drug aftercare to her conditions of release.

**PRAYING THAT THE COURT WILL ORDER** that the defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Reviewed and approved,                        I declare under penalty of perjury that the foregoing
                                              is true and correct.

/s/ Eddie J. Smith                            /s/ Corey Rich
Eddie J. Smith                                Corey Rich
Supervising U.S. Probation Officer            U.S. Probation Officer
                                              150 Rowan Street Suite 110
                                              Fayetteville, NC 28301
                                              Phone: 910-354-2540
                                              Executed On: July 15, 2019

### ORDER OF THE COURT

Considered and ordered the __19__ day of __July__, 2019, and ordered filed and made part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge